

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HUNTLEY FORT GILL, ROBYN G. ATTAWAY and MIRIAM G. STIRN, | § | No. 08-20-00081-CV |
| Appellants, | § | Appeal from the |
| v. | § | 143rd District Court |
| DAVID HILL, Individually and d/b/a DOH OIL COMPANY, | § | of Reeves County, Texas |
| | § | (TC# 19-02-22804-CVR) |
| Appellees. | | |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellants and their sureties, if any, all costs in this Court. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.